UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**KIM ROGERS**                                                                                     **PLAINTIFF**

**v.**                                                                   **CIVIL ACTION NO. 2:22-cv-047-TBM-RPM**

**CITY OF LUMBERTON**                                                                         **DEFENDANT**

### ORDER TO SHOW CAUSE

This matter is before the Court on consideration of Defendant City of Lumberton's Motion to Dismiss [2] filed on April 12, 2022. Accordingly, under the Local Rules, the Plaintiff had fourteen days—or until April 26, 2022—to submit a response to the City of Lumberton's Motion to Dismiss. L.U.Civ.R. 7(b)(4). To date, the Plaintiff has yet to file a response.

Therefore, the Court orders that the Plaintiff has until August 24, 2022, to show cause, if any she may have, why the City of Lumberton's Motion to Dismiss should not be granted or why this case should not be dismissed for failure to prosecute or pursue claims. Failure to respond to this Order may result in dismissal without further notice.

SO ORDERED AND ADJUDGED, this the 3rd day of August, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE